**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA
VS.    CASE/CITATION NO. 3:15-mj-0019 cmk

Robert Lee Eilenberger III    **ORDER TO PAY**

SOCIAL SECURITY #:
DATE OF BIRTH:
DRIVER'S LICENSE #:
ADDRESS:
Anderson         CA        96007
CITY             STATE     ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 4-11-17
                                    DEFENDANT'S SIGNATURE

5 years summary Court probation:
**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

[X] Fine: $ 2,475.00 and a penalty assessment of $ 25.00 for a TOTAL AMOUNT OF: $ 2,500.00 within _____ days/months; or payments of $ 50.00 per month, commencing 5-1-17 and due on the first of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
completed by _____
The defendant shall not enter properties maintained by the U.S. Park Service and Bureau of Land Management during term of probation
**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to**
**(check one):**

[ ] **CENTRAL VIOLATIONS BUREAU**
PO BOX 71363
PHILADELPHIA, PA 19176-1363
1-800-827-2982
or
Pay on-line at www.cvb.uscourts.gov
and Click on "Pay On-Line"

[ ] **CLERK, USDC**
2500 TULARE ST., RM. 1501
FRESNO, CA 93721-1322

[X] **CLERK, USDC**
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 4-11-17
                                    U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                            EDCA-3